LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON 9/22/26 (DATE) FOR MAILING
LC STAFF INITIAL WM I/M INITIAL

Date
9-22-26

SEP 28 2026 PM3:30
FILED - USDC - FLMD - JAX

3:26-CV-2460-WWB-SJH

Hello Im willis A miller DC130949

Im Prisoner willis miller which willis miller DC130949 Is Being Subject To sexual misconduct staff misconduct And willis miller Is Being Physical Abuse. which Also These officer Employee's Are showing criminal Activity. which Got willis miller life And Danger. willis miller has Been Rape And Assault At Graceville CI on 9-19-24 And At Suwannee CI willis miller has Got stab up on 5-27-26 which willis miller was Then send To Columbia CI where willis miller was sexual Assault And Put And To confinement Because he had A weapon on him so That he could Protect his self from Gang mumber's Are Any other Inmate That Try To sexual Assault him Are Try To Take The Hit That staff has Put on him Are Try To Jump on him Are Just Try him Because of his Transgender Identification which yes willis miller has A Gender Pass Because willis miller Is A Gender. which These DOC officials And here At Columbia CI has ~~[illegible]~~ failed To Protect willis miller under The color ~~[illegible]~~ of state Law Because of my Gender And Also Because of willis miller charge why he Is AN Prison. which These DOC officials has Been Retaliating on willis miller And useing other Prisoner's To Jump on willis miller And To stab

willis miller And To Assault willis miller. which Please Be Advised That At Prison To Prison And Region ① And Region ② ~~has~~ officials has Been Retaliating ~~on~~ willis miller. Because willis miller has filed A Law suit on The florida state Prison And win. which now Im About To file on The florida Department of correctons for not showing concerns for willis miller Inmate Person which willis miller family have Also called Tallahassee And mad complaint's About what staff officials has Been subjecting willis miller To And showing criminal activity Toward willis miller And Promoting violence Toward willis miller And ~~[illegible]~~ Allowing other Prisoners To sexual Assault him which willis miller Is And fear for his safety. Because willis miller donot no what Inmate Is Going To Try To Take his life Are who Is Going To Stab him up Again Are what Prisoner Is Going ~~[illegible]~~ To Rape him which willis miller has filed many Grievance's But They never Get Responed To Are They Get Throwed A way Because The Grievance's Be on Them And what criminal activity That officer officials Are showing Toward willis miller. which willis miller now Recommed That A Throgh Invetigating Get Done for The safety of his Person. And show concerns for his life And Health. which willis miller

has Advised The Brad Whitehead
Union County Sheriff office And Also
FDLE At Po Box 1489 Tallahassee FL 32302
About my concerns About Willis Miller life
Being Taken By Doc officials use gang mumber's
And other Prisoners helen officers officials
Take my life - which I do not want To Kill my
self And Im not. however Staff officials Is
Premadited Willis Miller Death Because Staff
what To Take something out Willis Miller head
which Is ~~wroth~~ wroth Millions which officials
have gang mumber That They went Willis
Miller head cut off - And his face cut up
which officer officials has That when They
Take my life no one would Ever no what ~~happen~~
happen To Willis Miller Are Beleive what
happen To Willis Miller which Truly The officers
want To cover up Willis Miller Death By
Throwing Willis Miller And A confinement
cell with A Inmate That has Taken The Hit
That's Been put on Willis Miller with The same
Status which That Inmate Is Going To Be
The one That cut my Body up And stab ~~me~~
Willis Miller up And Just have To Go To CM
which Staff officer officials has Paid To
Do These Thing's To Willis Miller which Willis
Miller donot no what To do Die Are Willis
Miller Is not Going To Kill he self So Please
Responed

S.

/S/ Willis Miller